DOROTHY SIMMONS et al., Respondents, v. JOHN GRIPPLE, JR., Appellant, et al., Defendants.—

Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.